UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25806-BLOOM/Elfenbein

ALBION BRAND FOUNDRY LTD,

                    *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

                    *Defendants*.
_____/

**CERTIFICATE OF SERVICE**
**NOTICE OF PRELIMINARY INJUNCTION HEARING**

    I hereby certify that on December 22, 2025, I sent an email to all Defendants identified on Schedule A, using the email addresses provided by third-party e-commerce platforms. The email notified Defendants that the Court has set a Preliminary Injunction hearing at the Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Ave., in Miami, FL 33128, in Courtroom 10-2, on January 7, 2026, at 1:45 p.m.

    The hearing will be conducted via Zoom video conference, using the following Zoom link: https://www.zoomgov.com/j/16104042690?pwd=1REdAXgwIPrKkcHdNf3jqeV42AaGOW.1. with Meeting ID: 161 0404 2690; Passcode: 509473.

    The relevant documents [ECF Nos. 17 & 18] were attached to the email, and the following link (https://cloud.palmerlawgroup.com/index.php/s/Q3UCChzFDytVCDv) was also included in the email.

December 23, 2025.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Andrew J. Palmer
　　　　　　　　　　　　　　　　　　　　Andrew J. Palmer

>Palmer Law Group, P.A.
>401 E Las Olas Blvd, Suite 1400
>Fort Lauderdale, FL 33301
>Phone: 954-771-7050
>ajpalmer@palmerlawgroup.com
>***Attorney for Plaintiff***